in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed December 28, 1925.

Robert E. Hogan, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Francine Frock Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal of Rose Harris, appellant. Gen. No. 29,673.

Bill for injunction against picketing complainants' premises. Order adjudging certain defendants in contempt for violation of temporary injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston, Lawrence A. Cohen, James W. Hyde and Henry Jackson Darby, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Francine Frock Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal of Margaret Welch, appellant. Gen. No. 29,675.

Bill for injunction against picketing complainants' premises. Temporary injunction issued. Order committing certain defendants for contempt by violation thereof. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston, Lawrence A. Cohen, James W. Hyde and Henry Jackson Darby, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Roth-Worsky Company, appellee, v. Chicago Joint Board et al., defendants, on appeal In re Eleanor Sadlowski, appellant. Gen. No. 29,605.

Bill for injunction restraining picketing. Order committing for contempt by violation of temporary injunction. Appeal from the Circuit Court of Cook county; the Hon. Ira J. Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellee; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Fitch delivered the opinion of the court.